**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-8093**

---

In Re: HENRY SCARBOROUGH TODD,

Petitioner.

---

On Petition for Writ of Mandamus. (CR-92-301)

---

Submitted:  March 21, 1996          Decided:  April 12, 1996

---

Before NIEMEYER and MICHAEL, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

Henry Scarborough Todd, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Petitioner seeks a writ of mandamus from this court, ordering the district court to rule on his 28 U.S.C. § 2255 (1988) motion and his motion for rehearing. The district court denied Petitioner's motion for rehearing by order entered July 31, 1995. The court granted summary judgment to Defendants in Petitioner's § 2255 motion on December 19, 1995. Because Petitioner has already received the relief he now seeks, we grant leave to proceed in forma pauperis and deny his petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2